IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00355-BNB

JOHN ERIC SANDLES,

    Plaintiff,

v.

WARDEN RIOS,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 8 2006

GREGORY C. LANGHAM
CLERK

## ORDER

On March 23, 2006, the Court entered an order directing Plaintiff to refrain from submitting Letters to the Court that simply contain additional claims. Plaintiff also was instructed that if he intends to file a request for a temporary restraining order he must name parties to the action in the request and assert specific reasons why a restraining order should be granted against the named parties. Furthermore, Plaintiff was directed to comply with the Court's March 16, 2006, Order.

On April 12, 2006, the Court again received a Letter, dated April 9, 2006, that asserts additional claims and that refers to a temporary restraining order. Plaintiff has failed to comply with the Court's March 23, 2006, Order. Accordingly, it is

ORDERED that the Court will not consider Plaintiff's April 9, 2006, Letter. It is

FURTHER ORDERED that Plaintiff again is directed to comply with the Court's March 16, 2006, Order. It is

FURTHER ORDERED that if Plaintiff files any documents other than what he was directed to file in the March 16, 2006, Order the filings will be stricken and the Complaint and action will be subject to dismissal.

DATED April 18, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00355-BNB

John Eric Sandles
Reg. No. 22367-086
FCI – Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/18/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk